EL PUEBLO, DEMANDANTE Y APELADO, *v.* CRUZ ET AL., ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por delito de acometimiento y agresión con circunstancias agravantes.

No. 1204.—Resuelto en junio 7, 1918.

ACOMETIMIENTO GRAVE REALIZADO COLECTIVAMENTE.—Cuando dos o más personas se unen para realizar un objeto criminal, ora sea mediante la física volición de uno, o de todos ellos, procediendo separada o colectivamente, cada individuo cuya voluntad ha contribuído a la realización del acto criminoso, ante los ojos de la ley es tan responsable por todas sus consecuencias como si lo hubiera realizado él solo.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Antonio Trujillo Güil.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

Los apelantes fueron convictos de un delito de acometimiento y agresión grave y sentenciados a treinta días de cárcel.

No se ha hecho formal señalamiento de errores y la única contención formulada es la de que la sentencia no está sostenida por la prueba.

Sin embargo, de la prueba resulta que ambos acusados estaban armados de revólveres y que uno de ellos con su arma apuntaba al perjudicado (*prosecuting witness*) mientras que el otro realizaba un brutal acometimiento y agresión sobre la persona de su inerme víctima.

El Fiscal admite, innecesariamente tal vez, la ausencia de circunstancias agravantes en cuanto a la agresión pero ésta no es una cuestión de importancia práctica en tanto cuanto al resultado de que aquí se trata.

Bastará decir que "cuando dos o más personas se unen para realizar un objeto criminal ora sea mediante la física volición de uno, o de todos ellos, procediendo separada o

colectivamente, cada individuo cuya voluntad ha contribuído a la realización del acto criminoso, ante los ojos de la ley es tan responsable por todas sus consecuencias, como si lo hubiera realizado él solo." 1 Bishop's New Criminal Law, p. 375, Sec. 629; *El Pueblo* v. *Bianchi*, 18 D. P. R. 576.

La sentencia condenatoria se modificará eliminándose el elemento de la agresión y con esta modificación es de confirmarse.

> *Confirmada la sentencia apelada pero modificándola en el sentido de que se elimine el elemento de la agresión.*

Jueces concurrentes: Sres. Asociados Wolf y del Toro.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.